UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 18-672 |
| ANTHONY BECKHAM | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Elaine K. Lou and Desiree Grace Latzer, Assistant United States Attorneys), and defendant Anthony Beckham (by James Lisa, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 15, 2019, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and one prior continuance having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance likely will conserve judicial resources; and;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _2_ day of May, 2019;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through July 15, 2019; and it is further

[CONTINUED ON FOLLOWING PAGE]

ORDERED that the period from the date this Order is signed through July 15, 2019, and shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

_____
Elaine K. Lou
Desiree Grace Latzer
Assistant U.S. Attorneys

_____
James Lisa, Esq.
Counsel for Defendant